## CRUMLEY V. ADKINS.

1. RULE ON JURORS: VERDICT. The District Court can not set aside a verdict and order a rule to issue against the jurors to compel them to disclose the manner of arriving at the verdict.

*Appeal from Greene District Court.*

WEDNESDAY, DECEMBER 4.

THE facts are sufficiently stated in the opinion of the court.

*McHenrys* for the appellant, relied upon *Manix* v. *Maloney,* 7 Iowa 81 ; and *Rubble* v. *McDonald,* Ib. 90.

*V. B. Crooks* for the appellee.

BALDWIN, J.—Defendant appeals from the refusal of the court to sustain a motion to set aside the verdict, and order a rule to issue against the jurors to compel them to disclose the manner of arriving at their verdict. Upon the authority of *Forshee* v. *Abrams,* 2 Iowa 571 ; *Grady.* v. *State* 4 Iowa 461, the court could not properly have made an order such as was asked for by defendant.

Affirmed.